**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.  3:12-cr-198-J-25MCR

LORRAINE BROWN

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Information.  After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

      **DONE AND ENTERED** at Jacksonville, Florida, this 20th day of November, 2012.

                                              MONTE C. RICHARDSON
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Henry Lee Adams, Jr.
United States District Judge
Mary Oliver, Judicial Assistant
Assistant United States Attorney (Devereaux)
Mark Rosenblum, Esq.
United States Probation

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation.  28 U.S.C. § 636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.