UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No.  3:12-cr-198-J-25MCR

**LORRAINE BROWN**

_____/

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT
AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the parties waived the fourteen (14) day objection period, the plea of guilty of the Defendant to Count One of the Information is now accepted and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for **February 19, 2013** at **10:00 a.m.,** before the Honorable Henry Lee Adams, Jr., United States District Judge, in Courtroom 10A, Tenth Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**IT IS SO ORDERED** at Jacksonville, Florida this 21st day of November, 2012.

HENRY LEE ADAMS, JR.
United States District Judge

Copies furnished to:
Mark Devereaux, AUSA
Mark Rosenblum, Esquire
United States Marshal's Office
United States Probation Office
United States Pretrial Services Office
Defendant:   c/o counsel or, if in custody, c/o U.S. Marshal