UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
v.
LORRAINE BROWN

CASE NO.: 3:12-cr-198-J-25MCR

FILED
2013 APR 23  AM 10: 21
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## Judicial Notice

COMES NOW, the undersigned, who appears by special appearance only for the limited purpose of noticing this court that

## Robo-crimes are not victimless!

The main problem with resolving the mortgage and housing crisis has emerged as flat-out ignorance and indifference of everyone that calls victims of Robo-signing as a "victimless" crime. This ignorance stems from a rancid combination of laziness and persistent ideology that disregards both known facts and the need to ascertain "unknown facts." When a crime has been committed, as in this case, there is always a victim, and in this case, estimated to be millions, including myself. Additionally, the damages to our property records is enormous, and will take many years to correct, if that is even a possibility.

The assumption behind the Washington Posts reckless characterization of these victimless crimes is that when you boil these "securitized loans" down, they are really no different than the community bank loan, that the documents will be real, and that the accounting for the loan will be full and complete.

That assumption is plain wrong. And the corollary assumption that the banks were just "cutting corners" is equally wrong. The failure to investigate what the banks are hiding is an egregious failure of responsibility by law enforcement, the judiciary (including both state and federal courts) as well as the press.

We can all agree that a person who borrows money should pay it back. We should also agree that such a person should be obligated to pay it back once, not multiple times. We should also agree that the lender should only be paid once, not multiple times. Because so many people wish to gloss over the niceties of proper documentation, the banks are being permitted to claim losses they never endured, claim ownership of loans they never funded or bought, claim lien foreclosure, evict millions from there homes, take title to property, create blighted cities that once thrived, abandon the property they foreclosed, and all without taking an ounce of responsibility for the effect on investors who advanced all the money, the homeowners who advanced their lives and all the property, the taxpayers who have paid the defaulted loans repeatedly to banks that did not own the loans, and the nation's prospect as the leader of the free

world. These false claims were perpetuated by the actions of Lorraine Brown, and many others like her! If the net effect is that the homeowner is left with full liability to the real creditor, or that the homeowner pays twice on the same loan, or that the creditors received full or partial payment multiple times from multiple sources, and if that is what is being covered up by Robo-signed documents, then how can we assume that these crimes are victimless? Investors are being cheated out of the repayment of the loans they made because the banks took the money and ran. The homeowners are being foreclosed for a debt that has been repaid out of their tax dollars. the cities and counties and states are being deprived of tax revenue for expenses that in large part were the result of planning for services and infrastructure to accommodate the false real estate boom. It is these actions that make so many of us victims, victims from the actions of people like Lorraine Brown.

Robo-signing is only victimless if these were "White lies". Without further investigation and discovery how does anyone know that Robo-signing was not as mean-spirited and pernicious as it sounds when put into solid language — the forged signing of fraudulent documents containing false declarations meant to deceive the reader, the public and the recording offices? Hint: Start with the amount of money that is claimed as defaulted from 2006 to the present and apply payments received from all parties, not just the borrower. Remember that if the payment came from the taxpayers, it came from the borrower who pays taxes just like everyone else. If the money came from insurers or counter parties to credit default swaps, and the creditors (investors who advanced the money) are satisfied, why should the borrower pay it again? — especially to banks that were never more than conduits, never had any loss, never funded the loan and never purchased the loan.

Again, the actions of people like Lorraine Brown have hurt millions in this country, directly and indirectly. As such, she should be sentenced accordingly. Although this is authored, signed and submitted by the undersigned, much of it's content comes from Neil Garfield, and as such, he should be credited for the majority of it's content.

Sincerely,

*[signature]*

Ronald Gillis
P O Box 380842
Murdock, FL 33938
(941) 613-9895