UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:12-cr-198-J-25MCR

LORRAINE BROWN

## ORDER

Before the Court is pleading titled "Judicial Notice," filed April 23, 2013 by Ronald Gillis. Mr. Gillis does not have standing to file pleadings in this matter. Accordingly, it is

**ORDERED** that the "Judicial Notice" (Dkt. 17) is **STRICKEN**. The Clerk is directed to delete the PDF document from the record, and to return the original pleading to Mr. Gillis, forthwith.

**DONE AND ORDERED** at Jacksonville, Florida, this 23 day of April, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record
Ronald Gillis