# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:12-cr-198-J-25MCR** |
| v. | |
| **LORRAINE BROWN** | |

| **Counsel for Government:** | **Counsel for Defendant:** |
|---|---|
| Mark Devereaux | Mark Rosenblum |

**HONORABLE HENRY LEE ADAMS, JR., UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Marsha Grant
**Court Reporter:** Shannon Bishop          **U.S. Probation:** Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

- X    Witnesses for Government: Jeff Thigpen
- X    United States' exhibits filed in evidence: 1, 2, 2A, 2B, 3, 4A, 4B, 5
- X    Defendant's Sentencing Guideline Positions (Doc. 16) is **STRICKEN as untimely.**
- X    Judicial Notice (Doc. 17) is **STRICKEN.**
- X    Defendant's Objections to the guidelines in the presentence report is **TAKEN UNDER ADVISEMENT.**
- X    Sentencing continued until a later date to be determined by the Court. Order to enter.

DATE: April 23, 2013    TIME: 11:18 a.m. - 1:15 p.m./ 2:14 p.m. - 3:00 p.m.    TOTAL: 2 hour/ 43 minutes

# EXHIBITS

# FILED SEPARATELY

# NOT SCANNED