UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:12-cr-198J-25MCR

LORRAINE BROWN

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against LORRAINE BROWN, MDOC No. 867624, in the above styled case, and it is set for sentencing as to said defendant on June 25, 2013, at 10:00 a.m., at Jacksonville, Florida.

2. The defendant is now confined in the Huron Valley Correctional Facility at 3201 Bemis Road, Ypsilanti, Michigan, 48197.

3. It is necessary to have said defendant before this Court for sentencing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have her before this Court at the time and place above specified for sentencing, and upon completion of all proceedings in this case to return the said defendant to the custody of Huron Valley Correctional Facility,

and also directing the said Warden, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

By:   *s/ Mark B. Devereaux*
    MARK B. DEVEREAUX
    Assistant United States Attorney
    USA No. 049
    300 North Hogan Street, Suite 700
    Jacksonville, Florida  32202-4270
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: mark.devereaux@usdoj.gov